1  CMD LAW GROUP
   Christoph M. Diecke (SBN 239177)
2  525 B Street, Suite 1500
   San Diego, CA 92101
3  Telephone:   (619) 800-3455
   Facsimile:   (619) 568-3810
4
   THE FRANCO LAW GROUP, APLC
5  Sergio A. Perez (SBN 234860)
   525 B Street, Suite 1500
6  San Diego, CA 92101
   Telephone:   (619) 955-2024
7  Facsimile:   (213) 785-1248

8  Attorneys for Plaintiff,
   STEFAN SCHEINERT
9

10 SEYFARTH SHAW LLP
   Francis J. Ortman III (SBN 213202)
11 E-mail:  fortman@seyfarth.com
   Chantelle C. Egan (SBN 257938)
12 E-mail:  cegan@seyfarth.com
   560 Mission Street, 31st Floor
13 San Francisco, California 94105
   Telephone:   (415) 397-2823
14 Facsimile:   (415) 397-8549

15 Attorneys for Defendants
   TEKTRONIX TEXAS LLC; DANAHER
16 CORPORATION; NETSCOUT SYSTEMS, INC.; and
   NEWFIELD WIRELESS, INC.
17

18                    UNITED STATES DISTRICT COURT

19                   NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 20  STEFAN SCHEINERT, an individual, | Case No. 3:16-cv-02683-RS |
| 21         Plaintiff, | JOINT STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING THE JULY 21, 2016 |
| 22  v. | HEARING DATE FOR THE MOTIONS TO DISMISS AND REMAND, AND |
| 23  TEKTRONIX TEXAS LLC, a Delaware limited liability company; DANAHER CORPORATION, | CONTINUING THE SEPTEMBER 15, 2016 CASE MANAGEMENT CONFERENCE |
| 24  a Delaware corporation; NETSCOUT SYSTEMS, INC., a Delaware corporation; NEWFIELD | Trial Date:    Not Set |
| 25  WIRELESS, INC., a California corporation; and DOES 1 through 50, | Date Action Filed:    April 4, 2016 |
| 26         Defendants. | |
| 27 | |

28

1  Plaintiff Stefan Scheinert ("Plaintiff") and Defendants Tektronix Texas LLC, Danaher
2  Corporation, NetScout Systems, Inc. ("NetScout"), and Newfield Wireless, Inc. (collectively,
3  "Defendants") (collectively the "Parties"), by and through their respective counsel, hereby stipulate to
4  the following:

5  WHEREAS on or about May 25, 2016, Defendant NetScout filed a Motion to Dismiss, setting
6  the hearing on July 7, 2016 (Docket No. 12).

7  WHEREAS on or about June 13, 2016, Plaintiff filed a Motion to Remand, setting the hearing on
8  July 21, 2016 (Docket No. 16).

9  WHEREAS the Court continued the Motion to Dismiss hearing to July 21, 2016 (Docket No.
10 19), whereas both the pending Motion to Dismiss and the Motion to Remand (collectively, the
11 "Motions") would be heard at the same hearing on July 21, 2016.

12 WHEREAS Defendants' counsel is unavailable to appear for hearing on July 21, 2016.

13 WHEREAS the Parties met and conferred concerning their availability for hearing, and counsel
14 for the Parties are both available for hearing on the Motions on September 1, 2016 and September 15,
15 2016.

16 WHEREAS the Court continued the Case Management Conference (CMC) previously set for
17 August 18, 2016 at 10:00 a.m. to September 15, 2016 at 10:00 a.m. (Docket No. 20).

18 WHEREAS the Parties agree that the CMC should be continued pending the Court's ruling on
19 Plaintiff's Motion to Remand and Defendant NetScout's Motion to Dismiss.

20 THEREFORE, IT IS STIPULATED that the hearing for the Motions be continued to a date
21 when the Parties' counsel are all available, and thus the Parties stipulate to continue the hearing on the
22 Motions from July 21, 2016 to either September 1, 2016 or September 15, 2016.

23 IT IS FURTHER STIPULATED that the Case Management Conference presently set for
24 September 15, 2016 at 10:00 a.m. be continued to either October 13, 2016 or November 3, 2016,
25 pending the Court's ruling on Plaintiff's Motion to Remand and Defendant NetScout's Motion to
26 Dismiss.

27
28

2

JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING THE JULY 21, 2016 HEARING DATE FOR THE
MOTIONS TO DISMISS AND REMAND AND CONTINUING THE SEPEMBER 15, 2016 CMC -
CASE NO. 3:16-CV-02683-RS

IT IS FURTHER STIPULATED that to the extent the Court is unavailable for hearing on either September 1, 2016, or September 15, 2016, or for the CMC on either October 13, 2016 or November 3, 2016, the Parties will renew their meet and confer efforts to schedule the hearing for the Motions or the CMC for a date when the Parties' counsel can all attend and the Court also has availability.

**IT IS SO STIPULATED.**

DATED: July 1, 2016                     Respectfully submitted,

                                                               CMD LAW GROUP
                                                                THE FRANCO LAW GROUP, APLC

By:  /s/ Christoph M. Diecke
      Christoph M. Diecke
      Sergio A. Perez
      Attorneys for Plaintiff
      STEFAN SCHEINERT

DATED: July 1, 2016                     SEYFARTH SHAW LLP

By: /s/ Chantelle C. Egan
     Francis J. Ortman III
     Chantelle C. Egan
     Attorneys for Defendants
     TEKTRONIX TEXAS LLC; DANAHER
     CORPORATION; NETSCOUT SYSTEMS, INC.;
     and NEWFIELD WIRELESS, INC.

ATTESTATION PURSUANT TO LOCAL RULE 5-1(i)(3)

I, Chantelle C. Egan, attest that concurrence in the filing of this stipulation has been obtained from the signatory Christoph M. Diecke, Plaintiff's counsel.

Executed this 1st day of July, 2016, in San Francisco, California.

By:  /s/ Chantelle C. Egan
       Chantelle C. Egan

3

JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING THE JULY 21, 2016 HEARING DATE FOR THE MOTIONS TO DISMISS AND REMAND AND CONTINUING THE SEPEMBER 15, 2016 CMC -
CASE NO. 3:16-CV-02683-RS

1

## [~~PROPOSED~~] ORDER

2   Based on the good cause presented, the Court GRANTS the above Stipulation. The hearing for

3 Defendant NetScout System, Inc.'s Motion to Dismiss and Plaintiff Stefan Scheinert's Motion to

4 Remand is continued from July 21, 2016 to September [~~1 or~~ 15], 2016 at 1:30 p.m. The Case

5 Management Conference is continued from September 15, 2016 to [~~October 13, 2016 or~~ November 3,

6 2016] at 10:00 a.m.

7   **IT IS SO ORDERED.**

8 Date: __7/5_____, 2016         _____

9                                     The Honorable Richard Seeborg

4

JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING THE JULY 21, 2016 HEARING DATE FOR THE
MOTIONS TO DISMISS AND REMAND AND CONTINUING THE SEPEMBER 15, 2016 CMC -
CASE NO. 3:16-CV-02683-RS